# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** HSI |
| **City** Arlington | **Related Case Information:** | |
| **County** Middlesex | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number | |
| | Search Warrant Case Number   See Additional Information | |
| | R 20/R 40 from District of | |

## Defendant Information:

**Defendant Name** David St. George   **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Arlington, Massachusetts

**Birth date (Yr only):** 1946  **SSN (last4#):** _____  **Sex** M  **Race:** W  **Nationality:** US

**Defense Counsel if known:** _____  **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** James D. Herbert   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** 09/25/2018

☑ Already in Federal Custody as of  09/25/2018  in  USMS .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☐ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/25/2018   **Signature of AUSA:** _/s/_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   David St. George

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography with intent to view | 1 |
| Set 2 | 18 U.S.C. 2252A(a)(2)(A) | Receipt of child pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-MJ-5100 and 18-MJ-18-5101